## Ex parte LINKE.

No. 4165.    Opinion Filed December 3, 1912.

(128 Pac. 702.)

**DISCHARGE OF INSANE PERSONS.** Same as that in **Ex parte Azillah Amanda Dagley,** ante, 128 Pac. 699.

(Syllabus by the Court.)

Application of W. H. Linke for a writ of *habeas corpus.* Writ denied.

*T. G. Chambers,* for relator.

*Cottingham & Bledsoe,* for respondent.

WILLIAMS, J. The facts in this case are identical with those in *Ex parte Azillah Amanda Dagley, ante,* 128 Pac. 699, decided at this term, and the same order will be entered here as in that.

All the Justices concur.